IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LILIA GOROVITS, M.D., P.C. | : | CIVIL ACTION |
| | : | |
| v. | : | No. 20-1850 |
| | : | |
| XAVIER BECERRA,[1] *SECRETARY UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES* | : : : | |

# **ORDER**

AND NOW, this 17th day of May, 2021, upon consideration of Plaintiff Lilia Gorovits, M.D., P.C.'s Motion for Summary Judgment, Defendant Xavier Becerra, Secretary of the United States Department of Health and Human Services's Cross-Motion for Summary Judgment, the parties' responses, the administrative record, and for the reasons stated in the accompanying Memorandum, it is ORDERED Gorovits's Motion (Document 9) is DENIED and the Secretary's Motion (Document 11) is GRANTED. Judgment is entered in favor of the Secretary.

The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.

---

[1] Xavier Becerra became the Secretary of Health and Human Services on March 19, 2021. Pursuant to Federal Rule of Civil Procedure 25(d), Becerra is substituted for Alexander Azar as the Defendant in this case.